

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: **08-20879-CIV-MORENO**
**05-20725-CR-MORENO**

CESAR QUINTERO-CALLE,

    Movant,

vs.

UNITED STATES OF AMERICA,

    Respondent.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND DENYING MOTION TO VACATE

THE MATTER was referred to the Honorable Patrick A. White, United States Magistrate Judge for a Report and Recommendation on Movant's Motion to Vacate, Set Aside or Correct Sentence **(D.E. No. 1)**, filed on **March 31, 2008**. The Magistrate Judge filed a Report and Recommendation **(D.E. No. 36)** on **February 3, 2009**. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues that the objections to the Magistrate Judge's Report and Recommendation present, and being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Patrick A. White's Report and Recommendation **(D.E. No. 36)** on **February 3, 2009** is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that:

(1)     Motion to Vacate the Sentence is DENIED; and

(2) this case is CLOSED and all pending motions are DENIED as moot.

DONE AND ORDERED in Chambers at Miami, Florida, this 25th day of February, 2009.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

United States Magistrate Judge Patrick A. White

Counsel or Parties of Record